PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARTIN FIGUEROA GARCIA, | CASE NO. 2:24-CV-00755 WBS-AC |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| USCIS, ET AL., | |
| Defendant. | |

The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudication of his pending asylum application, which he filed in April 2016. USCIS is in the process of scheduling and coordinating an asylum interview of Plaintiff. The parties anticipate that this lawsuit will be rendered moot upon the successful completion of the interview and adjudication. In the event USCIS reschedules the interview on Plaintiff's application, they agency will endeavor to reschedule the interview within four weeks.

///

///

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is June 20, 2024.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  May 20, 2024                                   PHILLIP A. TALBERT
                                                       United States Attorney

                                                By:   /s/ ELLIOT C. WONG
                                                       ELLIOT C. WONG
                                                       Assistant United States Attorney


                                                       /s/ JESSICA ARENA
                                                       JESSICA ARENA
                                                       Counsel for Plaintiff

ORDER

IT IS SO ORDERED.   The new date for Defendants to file an answer or other dispositive pleading is June 20, 2024.   The Scheduling Conference is reset for **August 12, 2024 at 1:30 p.m.**  A joint status report shall be filed no later than **July 29, 2024** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed March 12, 2024 (Docket No. 3).

Dated:  May 20, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE