PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARTIN FIGUEROA GARCIA, | CASE NO. 2:24-CV-00755 WBS-AC |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR TEMPORARY ABEYANCE |
| v. | |
| USCIS, ET AL., | |
| Defendant. | |

The Defendants respectfully request to hold this case in temporary abeyance through March 5, 2025, and counsel for Plaintiffs does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2015. USCIS has scheduled Plaintiff's asylum interview for November 5, 2024. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days. If USCIS needs to reschedule Plaintiff's interview, it will endeavor to do so within four weeks.

///

///

///

The parties therefore stipulate that this matter be held in temporary abeyance through March 5, 2025.  The parties further request that all other filing and case management deadlines be similarly vacated, including the recent Order (ECF 8) extending Defendants' deadline to answer Plaintiff's Complaint to June 20, 2024 and the ISC currently set for August 12, 2024.

Respectfully submitted,

Dated:  June 10, 2024                                                PHILLIP A. TALBERT
                                                                                          United States Attorney

                                                                          By:   /s/ ELLIOT C. WONG
                                                                                          ELLIOT C. WONG
                                                                                          Assistant United States Attorney


                                                                                          /s/ JESSICA ARENA
                                                                                          JESSICA ARENA
                                                                                          Counsel for Plaintiff


ORDER

It is so ordered:  This matter is held in temporary abeyance through March 5, 2025.  The Scheduling Conference is continued to **April 21, 2025 at 1:30 p.m.**  A joint status report shall be filed no later than **April 7, 2025**.

Dated:  June 10, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE